# EXHIBIT A

| SRVC_BGN_DT | RECEIVED_DT | ADJUDICATION_DT | POS_CD | SRVC_UNITS | PRCDR_CD | SUBMITTED_AMT | PAID_AMT | BILL_PRVDR_NM | RFRPRVDR_NPI | RFRPRVDR_NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/06/2022 | 01/02/2023 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 08/07/2022 | 01/02/2023 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 08/08/2022 | 01/02/2023 | 01/04/2023 | 11 | 2 | 87426 | $ 68.00 | $ 68.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 08/26/2022 | 08/26/2022 | 06/09/2023 | 11 | 8 | 87426 | $ 272.00 | $ 266.56 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 09/07/2022 | 09/10/2022 | 06/09/2023 | 11 | 3 | 87426 | $ 102.00 | $ 99.96 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 09/07/2022 | 07/10/2023 | 07/11/2023 | 11 | -3 | 87426 | $ 12.00 | $ 99.96 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 09/08/2022 | 09/10/2022 | 06/09/2023 | 11 | 3 | 87426 | $ 102.00 | $ 99.96 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 09/09/2022 | 09/10/2022 | 06/09/2023 | 11 | 2 | 87426 | $ 68.00 | $ 66.64 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 09/13/2022 | 07/13/2023 | 07/24/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 09/13/2022 | 07/13/2023 | 07/24/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 09/13/2022 | 07/13/2023 | 07/24/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 09/13/2022 | 07/13/2023 | 07/24/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 09/13/2022 | 07/13/2023 | 07/24/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 09/13/2022 | 07/13/2023 | 07/24/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 09/13/2022 | 07/13/2023 | 07/24/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 09/13/2022 | 07/13/2023 | 07/24/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 09/25/2022 | 07/13/2023 | 07/25/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 09/25/2022 | 07/13/2023 | 07/25/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 09/25/2022 | 07/13/2023 | 07/25/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 09/25/2022 | 07/13/2023 | 07/25/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 09/25/2022 | 07/13/2023 | 07/25/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 09/25/2022 | 07/13/2023 | 07/25/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 09/25/2022 | 07/13/2023 | 07/25/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 09/25/2022 | 07/13/2023 | 07/25/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 09/27/2022 | 01/13/2023 | 01/19/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 09/28/2022 | 01/13/2023 | 01/19/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 09/29/2022 | 01/13/2023 | 01/19/2023 | 11 | 2 | 87426 | $ 68.00 | $ 68.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 10/01/2022 | 01/02/2023 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 10/02/2022 | 01/02/2023 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 10/03/2022 | 01/02/2023 | 01/04/2023 | 11 | 2 | 87426 | $ 68.00 | $ 68.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 10/03/2022 | 01/02/2023 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 10/04/2022 | 01/02/2023 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 10/05/2022 | 01/02/2023 | 01/04/2023 | 11 | 2 | 87426 | $ 68.00 | $ 68.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 10/17/2022 | 10/17/2022 | 05/15/2023 | 11 | 8 | 87426 | $ 272.00 | $ 266.56 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 10/19/2022 | 01/13/2023 | 01/14/2023 | 11 | 3 | 87426 | $ 102.00 | $ 99.96 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 10/20/2022 | 12/28/2022 | 01/02/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 10/21/2022 | 07/13/2023 | 07/17/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 10/21/2022 | 07/13/2023 | 07/17/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 10/21/2022 | 07/13/2023 | 07/17/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 10/21/2022 | 07/13/2023 | 07/17/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 10/21/2022 | 07/13/2023 | 07/17/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 10/21/2022 | 07/13/2023 | 07/17/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 10/21/2022 | 07/13/2023 | 07/17/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 10/21/2022 | 07/13/2023 | 07/17/2023 | 99 | 1 | K1034 | $ 12.00 | $ 3.60 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 10/21/2022 | 12/28/2022 | 01/02/2023 | 11 | 2 | 87426 | $ 68.00 | $ 68.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 10/21/2022 | 10/22/2022 | 01/24/2023 | 11 | 3 | 87426 | $ 102.00 | $ 99.96 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 10/25/2022 | 01/03/2023 | 01/06/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | | | |
| 10/26/2022 | 01/03/2023 | 01/12/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | | | |
| 10/27/2022 | 01/03/2023 | 01/06/2023 | 11 | 2 | 87426 | $ 68.00 | $ 68.00 | | | |
| 11/01/2022 | 11/09/2022 | 05/16/2023 | 11 | 3 | 87426 | $ 102.00 | $ 99.96 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |

| SRVC_BGN_DT | RECEIVED_DT | ADJUDICATION_DT | POS_CD | SRVC_UNITS | PRCDR_CD | SUBMITTED_AMT | PAID_AMT | BILL_PRVDR_NM | RFRPRVDR_NPI | RFRPRVDR_NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/02/2022 | 01/03/2023 | 01/13/2023 | 11 | 3 | 87426 | $ 102.00 | $ 99.96 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 11/02/2022 | 11/08/2022 | 05/15/2023 | 11 | 3 | 87426 | $ 102.00 | $ 99.96 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 11/03/2022 | 11/08/2022 | 05/15/2023 | 11 | 2 | 87426 | $ 68.00 | $ 66.64 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 11/06/2022 | 01/02/2023 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 11/06/2022 | 01/02/2023 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 11/07/2022 | 01/02/2023 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 11/07/2022 | 01/02/2023 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 11/08/2022 | 01/02/2023 | 01/04/2023 | 11 | 2 | 87426 | $ 68.00 | $ 68.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 11/08/2022 | 01/02/2023 | 01/05/2023 | 11 | 2 | 87426 | $ 68.00 | $ 68.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 11/14/2022 | 01/02/2023 | 01/13/2023 | 11 | 3 | 87426 | $ 102.00 | $ 81.60 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 11/15/2022 | 01/02/2023 | 01/13/2023 | 11 | 2 | 87426 | $ 68.00 | $ 54.40 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 11/15/2022 | 01/02/2023 | 01/02/2023 | 11 | 3 | 87426 | $ 102.00 | $ 99.96 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 11/16/2022 | 01/02/2023 | 01/02/2023 | 11 | 3 | 87426 | $ 102.00 | $ 99.96 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 11/17/2022 | 01/02/2023 | 01/02/2023 | 11 | 2 | 87426 | $ 68.00 | $ 66.64 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 11/22/2022 | 01/09/2023 | 01/11/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 11/23/2022 | 01/09/2023 | 01/11/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 11/24/2022 | 01/09/2023 | 01/11/2023 | 11 | 2 | 87426 | $ 68.00 | $ 68.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 11/25/2022 | 01/05/2023 | 01/10/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 11/26/2022 | 01/06/2023 | 01/06/2023 | 11 | 3 | 87426 | $ 102.00 | $ 99.96 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 11/26/2022 | 01/05/2023 | 01/10/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 11/27/2022 | 01/05/2023 | 01/10/2023 | 11 | 2 | 87426 | $ 68.00 | $ 68.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 11/30/2022 | 01/13/2023 | 01/16/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/21/2022 | 01/16/2023 | 11 | 3 | 87426 | $ 102.00 | $ 20.40 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/22/2022 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 54.27 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/01/2022 | 01/04/2023 | 11 | 2 | 87426 | $ 68.00 | $ 68.00 | TIERO LLC | | |
| 12/01/2022 | 01/13/2023 | 01/16/2023 | 11 | 2 | 87426 | $ 68.00 | $ 68.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/22/2022 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 81.60 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/22/2022 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 81.60 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/21/2022 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 81.60 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/22/2022 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 81.60 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/22/2022 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 81.60 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/22/2022 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 81.60 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/22/2022 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 81.60 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/21/2022 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 81.60 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/21/2022 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 81.60 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/21/2022 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 81.60 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/21/2022 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 81.60 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/21/2022 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 81.60 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/22/2022 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 81.60 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/22/2022 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 81.60 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/21/2022 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 81.60 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/21/2022 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 81.60 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 01/04/2023 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 99.96 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 01/04/2023 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 99.96 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/21/2022 | 06/09/2023 | 11 | 3 | 87426 | $ 102.00 | $ 99.96 | SAJAD ZALZALA | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/27/2022 | 01/02/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/22/2022 | 01/03/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | | | |
| 12/01/2022 | 01/04/2023 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | TIERO LLC | 1639311509 | SAJAD ZALZALA |
| 12/01/2022 | 12/22/2022 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | TIERO LLC | | |
| 12/01/2022 | 12/22/2022 | 01/04/2023 | 11 | 3 | 87426 | $ 102.00 | $ 102.00 | | | |