# EXHIBIT B

# CitiDirect Check Image Delivery

citi

Print Close Window

**Check Image Inquiry Results**

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| [redacted] | [redacted] | $408.00 | 06/07/2022 | [redacted] |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE BACKGROUND AND MICROPRINTING IN THE BORDER

aetna

Aetna Life Insurance Company
P.O BOX 981106
EL PASO TX 79998-1106
USA

[redacted]

Check No: [redacted]
Acct: [redacted]

62 - 20
311

05-26-2022

POLICYHOLDER MULTIPLE

VOID AFTER ONE YEAR

PAY *Four Hundred Eight Dollars and 00/100* ********$408.00

TO THE ORDER OF
TIERO LLC
9801 WASHINGTON BOULEVARD
GAITHERSBURG MD 20878

Citibank N A
New Castle DE 19720

766 (10-02)

DO NOT CASH IF SECURITY SCREEN IS NOT PRESENT ON THE REVERSE SIDE OF THIS DOCUMENT.

[redacted]

WARNING - DO NOT CASH CHECK WITHOUT NOTING SECURITY SCREEN.

X
SIGNATURE
KNOW YOUR ENDORSER
REQUIRE IDENTIFICATION
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

FNB of PA >043318092<
Absent Endorsmnt Guarantd
CERTIFY GLOBAL LLC
Acct [redacted] 2022-06-06

Citigroup.com Terms of Use Privacy

Copyright © 2003 -2022 Citigroup Inc.

# CitiDirect Check Image Delivery

citi

- Print Close Window
- **Check Image Inquiry Results**

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| [redacted] | [redacted] | $6,256.00 | 07/06/2022 | [redacted] |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE BACKGROUND AND MICROPRINTING IN THE BORDER

aetna
Aetna Life Insurance Company
P O BOX 981106
EL PASO TX 79998-1106
USA

[redacted]

Check No: [redacted]
Acct: [redacted]
62-20
311

06-23-2022

POLICYHOLDER MULTIPLE

VOID AFTER ONE YEAR

PAY *Six Thousand Two Hundred Fifty Six Dollars and 00/100* ******$6,256.00

TO THE ORDER OF
TIERO LLC
9801 WASHINGTON BOULEVARD
GAITHERSBURG MD 20878

Citibank N A
New Castle, DE 19720

766 (10-02)

DO NOT CASH IF SECURITY SCREEN IS NOT PRESENT ON THE REVERSE SIDE OF THIS DOCUMENT.

[redacted]

FOR DEPOSIT ONLY

FNB of PA >043318092<
Absent Endorsmnt Guarantd
CERTIFY GLOBAL LLC
Acct. [redacted] 2022-07-05

X
SIGNATURE
KNOW YOUR ENDORSER
REQUIRE IDENTIFICATION
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

WARNING - DO NOT CASH CHECK WITHOUT NOTING SECURITY SCREEN.



Copyright © 2003 -2022 Citigroup Inc.

# CitiDirect Check Image Delivery

citi

- Print    Close Window
- **Check Image Inquiry Results**

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| [redacted] | [redacted] | $6,256.00 | 08/11/2022 | [redacted] |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE BACKGROUND AND MICROPRINTING IN THE BORDER

aetna

Aetna Life Insurance Company
P.O BOX 981106
EL PASO TX 79998-1106
USA

[redacted]

Check No: [redacted]
Acct: [redacted]

62 - 20
311

07-28-2022

POLICYHOLDER MULTIPLE

VOID AFTER ONE YEAR

PAY *Six Thousand Two Hundred Fifty Six Dollars and 00/100* ******$6,256.00

TO THE ORDER OF
TIERO LLC
9801 WASHINGTON BOULEVARD
GAITHERSBURG MD 20878

Citibank N A
New Castle DE 19720

766 (10-02)

DO NOT CASH IF SECURITY SCREEN IS NOT PRESENT ON THE REVERSE SIDE OF THIS DOCUMENT.

[redacted]

WARNING - DO NOT CASH CHECK WITHOUT NOTING SECURITY SCREEN.

X
SIGNATURE
KNOW YOUR ENDORSER
REQUIRE IDENTIFICATION
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

FOR DEPOSIT

```
FNB of PA >043318092<
Absent Endorsmnt Guarantd
CERTIFY GLOBAL LLC
Acct. [redacted] 2022-08-10
```

Citigroup.com    Terms of Use Privacy

Copyright © 2003 -2022 Citigroup Inc.

# CitiDirect Check Image Delivery

citi

Print Close Window

**Check Image Inquiry Results**

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| [redacted] | [redacted] | $544.00 | 08/12/2022 | [redacted] |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE BACKGROUND AND MICROPRINTING IN THE BORDER

aetna

Aetna Life Insurance Company
P.O BOX 981106
EL PASO TX 79998-1106
USA

[redacted]

Check No: [redacted]
Acct: [redacted]

82-21
311

08-04-2022

POLICYHOLDER MULTIPLE

VOID AFTER ONE YEAR

PAY *Five Hundred Forty Four Dollars and 00/100*

********$544.00

TO THE ORDER OF
TIERO LLC
9801 WASHINGTON BOULEVARD
GAITHERSBURG MD 20878

Citibank N A
New Castle, DE 19720

766 (10-02)

DO NOT CASH IF SECURITY SCREEN IS NOT PRESENT ON THE REVERSE SIDE OF THIS DOCUMENT.

[redacted]

FOR DEPOSIT ONLY

FNB of PA >043318092<
Absent Endorsmnt Guarantd
CERTI[redacted] LLC
Acct [redacted] 2022-08-11

X
SIGNATURE
KNOW YOUR ENDORSER
REQUIRE IDENTIFICATION
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

WARNING - DO NOT CASH CHECK WITHOUT NOTING SECURITY SCREEN.



Copyright © 2003 -2022 Citigroup Inc.

# CitiDirect Check Image Delivery

citi

- Print Close Window
- **Check Image Inquiry Results**

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| [redacted] | [redacted] | $5,984.00 | 09/08/2022 | [redacted] |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE BACKGROUND AND MICROPRINTING IN THE BORDER

aetna

Aetna Life Insurance Company
P.O. BOX 981106
EL PASO TX 79998-1106
USA

[redacted]

Check No: [redacted]
Acct: [redacted]

62 - 20
311

08-25-2022

POLICYHOLDER MULTIPLE

VOID AFTER ONE YEAR

PAY *Five Thousand Nine Hundred Eighty Four Dollars and 00/100* ******$5,984.00

TO THE ORDER OF
TIERO LLC
9801 WASHINGTON BOULEVARD
GAITHERSBURG MD 20878

Citibank N A
New Castle DE 19720

766 (10-02)

DO NOT CASH IF SECURITY SCREEN IS NOT PRESENT ON THE REVERSE SIDE OF THIS DOCUMENT.

[redacted]

---

FNB of PA >043318092<
Absent Endorsmnt Guarantd
CERTIFY GLOBAL LLC
Acct [redacted] 2022-09-07

X
SIGNATURE
KNOW YOUR ENDORSER
REQUIRE IDENTIFICATION
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

WARNING - DO NOT CASH CHECK WITHOUT NOTING SECURITY SCREEN.



citi

Copyright © 2003 -2022 Citigroup Inc.

# CitiDirect Check Image Delivery

citi

Print Close Window

Check Image Inquiry Results

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| [redacted] | [redacted] | $20,298.00 | 10/07/2022 | [redacted] |

FOR SECURITY PURPOSES THE FACE OF THIS DOCUMENT CONTAINS A BLUE BACKGROUND AND MICROPRINTING IN THE BORDER

aetna

Aetna Life Insurance Company
P.O. BOX 981106
EL PASO TX 79998-1106
USA

[redacted]

Check No: [redacted]
Acct: [redacted]

62 - 20
311

09-29-2022

POLICYHOLDER MULTIPLE

VOID AFTER ONE YEAR

PAY *Twenty Thousand Two Hundred Ninety Eight Dollars and 00/100* *****$20,298.00

TO THE ORDER OF
TIERO LLC
9801 WASHINGTON BOULEVARD
GAITHERSBURG MD 20878

Citibank N A
New Castle, DE 19720

766 (10-02)

DO NOT CASH IF SECURITY SCREEN IS NOT PRESENT ON THE REVERSE SIDE OF THIS DOCUMENT

[redacted]

FNB of PA >043318092<
Absent Endorsmnt Guarantd
[redacted] LLC
[redacted] 2022-10-06



Copyright © 2003 -2022 Citigroup Inc.

# CitiDirect Check Image Delivery

citi

- Print    Close Window
- **Check Image Inquiry Results**

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| [redacted] | [redacted] | $14,416.00 | 10/20/2022 | [redacted] |

FOR SECURITY PURPOSES THE FACE OF THIS DOCUMENT CONTAINS A BLUE BACKGROUND AND MICROPRINTING IN THE BORDER

aetna

Aetna Life Insurance Company
P.O BOX 981106
EL PASO TX 79998-1106
USA

[redacted]

Check No: [redacted]
Acct: [redacted]

62 - 20
311

10-13-2022

POLICYHOLDER MULTIPLE

VOID AFTER ONE YEAR

PAY *Fourteen Thousand Four Hundred Sixteen Dollars and 00/100* *****$14,416.00

TO THE ORDER OF
TIERO LLC
9801 WASHINGTON BOULEVARD
GAITHERSBURG MD 20878

Citibank N A
New Castle, DE 19720

766 (10-02)

Security features included. Details on back.

DO NOT CASH IF SECURITY SCREEN IS NOT PRESENT ON THE REVERSE SIDE OF THIS DOCUMENT

[redacted]

FNB of PA >043318092<
Absent Endorsmnt Guarantd
CERTIFY GLOBAL, LLC
[redacted] 2022-10-19



citi

Copyright © 2003 -2022 Citigroup Inc.

# CitiDirect Check Image Delivery

citi

- Print Close Window
- **Check Image Inquiry Results**

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| [redacted] | [redacted] | $11,152.00 | 11/03/2022 | [redacted] |

FOR SECURITY PURPOSES THE FACE OF THIS DOCUMENT CONTAINS A BLUE BACKGROUND AND MICROPRINTING IN THE BORDER

aetna®
Aetna Life Insurance Company
P O BOX 981106
EL PASO TX 79998-1106
USA

[redacted]

Check No: [redacted]
Acct: [redacted]
82 - 20 / 311

10-27-2022

POLICYHOLDER MULTIPLE

VOID AFTER ONE YEAR

PAY *Eleven Thousand One Hundred Fifty Two Dollars and 00/100*

*****$11,152.00

TO THE ORDER OF
TIERO LLC
9801 WASHINGTON BOULEVARD
GAITHERSBURG MD 20878

Citibank N A
New Castle, DE 19720

766 (10-02)

DO NOT CASH IF SECURITY SCREEN IS NOT PRESENT ON THE REVERSE SIDE OF THIS DOCUMENT

[redacted]

FNB of PA >043318092<
Absent Endorsmnt Guarantd
CERTIFY GLOBAL LLC
[redacted] 2022-11-02



Copyright © 2003 -2022 Citigroup Inc.

# CitiDirect Check Image Delivery

citi

- Print   Close Window
- **Check Image Inquiry Results**

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| [redacted] | [redacted] | $41,026.77 | 11/10/2022 | [redacted] |

FOR SECURITY PURPOSES THE FACE OF THIS DOCUMENT CONTAINS A BLUE BACKGROUND AND MICROPRINTING IN THE BORDER

aetna

Aetna Life Insurance Company
P.O BOX 981106
EL PASO TX 79998-1106
USA

[redacted]

Check No: [redacted]
Acct: [redacted]

62 - 20 / 311

11-03-2022

POLICYHOLDER MULTIPLE

PAY *Forty One Thousand Twenty Six Dollars and 77/100*

VOID AFTER ONE YEAR
*****$41,026.77

TO THE ORDER OF
TIERO LLC
9801 WASHINGTON BOULEVARD
GAITHERSBURG MD 20878

Citibank N A
New Castle, DE 19720

766 (10-02)

DO NOT CASH IF SECURITY SCREEN IS NOT PRESENT ON THE REVERSE SIDE OF THIS DOCUMENT.

[redacted]

FNB of PA >043318092<
Absent Endorsmnt Guarantd
[redacted] 2022-11-09



Copyright © 2003 -2022 Citigroup Inc.

# CitiDirect Check Image Delivery

citi

Print Close Window

Check Image Inquiry Results

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| [redacted] | [redacted] | $13,566.00 | 11/18/2022 | [redacted] |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE BACKGROUND AND MICROPRINTING IN THE BORDER

aetna

Aetna Life Insurance Company
P.O. BOX 981106
EL PASO TX 79998-1106
USA

[redacted]

Check No: [redacted]
Acct: [redacted]

62 - 20
311

11-10-2022

POLICYHOLDER MULTIPLE

VOID AFTER ONE YEAR

PAY *Thirteen Thousand Five Hundred Sixty Six Dollars and 00/100*

*****$13,566.00

TO THE ORDER OF
TIERO LLC
9801 WASHINGTON BOULEVARD
GAITHERSBURG MD 20878

Citibank N A
New Castle DE 19720

766 (10-02)

DO NOT CASH IF SECURITY SCREEN IS NOT PRESENT ON THE REVERSE SIDE OF THIS DOCUMENT.

[redacted]

WARNING - DO NOT CASH CHECK WITHOUT NOTING SECURITY SCREEN.

X
SIGNATURE
KNOW YOUR ENDORSER
REQUIRE IDENTIFICATION
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

FNB of PA >043318092<
Absent Endorsmnt Guarantd
CERTIFY GLOBAL LLC
[redacted] 2022-11-17

Citigroup.com

Terms of Use Privacy

Copyright © 2003 -2022 Citigroup Inc.

# CitiDirect Check Image Delivery

citi

Print Close Window

Check Image Inquiry Results

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| [redacted] | [redacted] | $26,214.00 | 11/25/2022 | [redacted] |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE BACKGROUND AND MICROPRINTING IN THE BORDER

aetna

Aetna Life Insurance Company
P.O BOX 981106
EL PASO TX 79998-1106
USA

[redacted]

Check No: [redacted]
Acct: [redacted]

62 - 20
311

11-17-2022

14 95653

POLICYHOLDER MULTIPLE

VOID AFTER ONE YEAR

PAY *Twenty Six Thousand Two Hundred Fourteen Dollars and 00/100*

******$26,214.00

TO THE ORDER OF
TIERO LLC
9801 WASHINGTON BOULEVARD
GAITHERSBURG MD 20878

Citibank N A
New Castle, DE 19720

766 (10-02)

DO NOT CASH IF WATERMARK IS NOT PRESENT ON THE REVERSE SIDE OF THIS DOCUMENT - HOLD AT AN ANGLE TO VIEW

[redacted]

ABF006 A

FNB of PA >043318092<
Absent Endorsmnt Guarantd
CERTIFY GLOBAL LLC
[redacted] 2022-11-23

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

KNOW YOUR ENDORSER
REQUIRE IDENTIFICATION

X
SIGNATURE

WARNING - DO NOT CASH CHECK WITHOUT NOTING WATERMARK, HOLD AT ANGLE TO VERIFY WATERMARK



citi

Copyright © 2003 -2022 Citigroup Inc.

# CitiDirect Check Image Delivery

citi

- Print Close Window
- **Check Image Inquiry Results**

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| [redacted] | [redacted] | $57,324.00 | 12/05/2022 | [redacted] |

FOR SECURITY PURPOSES THE FACE OF THIS DOCUMENT CONTAINS A BLUE BACKGROUND AND MICROPRINTING IN THE BORDER

aetna

Aetna Life Insurance Company
P O BOX 981106
EL PASO TX 79998-1106
USA

[redacted]

Check No: [redacted]

62 - 20
311

11-24-2022

POLICYHOLDER MULTIPLE

VOID AFTER ONE YEAR

PAY *Fifty Seven Thousand Three Hundred Twenty Four Dollars and 00/100* *****$57,324.00

TO THE ORDER OF
TIERO LLC
9801 WASHINGTON BOULEVARD
GAITHERSBURG MD 20878

Citibank N A
New Castle, DE 19720

766 (10-02)

DO NOT CASH IF SECURITY SCREEN IS NOT PRESENT ON THE REVERSE SIDE OF THIS DOCUMENT

[redacted]

FNB of PA >043318092<
Absent Endorsmnt Guarantd
CERTIFY GLOBAL, LLC
[redacted] 2022-12-02



citi Copyright © 2003 -2022 Citigroup Inc.

Amount: $56,576.00 Sequence Number: [redacted]

Account: [redacted] Capture Date: 11/10/2022

Bank Number: [redacted] Check Number: [redacted]

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE BACKGROUND AND MICROPRINTING IN THE BORDER

Aetna Life Insurance Company or an Affiliated Company
as Agent for Specified Payer(s)
P.O. BOX 981106
EL PASO TX 79998-1106
USA

[redacted]

Check No: [redacted]

[redacted]

51 - 44
119 CT

11-03-2022

PAYER MULTIPLE

VOID AFTER ONE YEAR

PAY *Fifty Six Thousand Five Hundred Seventy Six Dollars and 00/100*

*****$56,576.00

TO THE ORDER OF
TIERO LLC
9801 WASHINGTON BOULEVARD
GAITHERSBURG MD 20878

Bank of America

766 (10-02)

Security features included. Details on back.

DO NOT CASH IF SECURITY SCREEN IS NOT PRESENT ON THE REVERSE SIDE OF THIS DOCUMENT.

[redacted]

FNB of PA >043318092<
Absent Endorsmnt Guarantd
CERTIFY GLOBAL LLC
[redacted] 2022-11-09

X

KNOW YOUR ENDORSER
REQUIRE IDENTIFICATION

WARNING - DO NOT CASH CHECK WITHOUT NOTING SECURITY SCREEN.

[redacted]

Amount: $94,546.88 Sequence Number: [redacted]

Account: [redacted] Capture Date: 11/10/2022

Bank Number: [redacted] Check Number: [redacted]

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE BACKGROUND AND MICROPRINTING IN THE BORDER

Aetna Life Insurance Company or an Affiliated Company
as Agent for Specified Payer(s)
P.O. BOX 981106
EL PASO TX 79998-1106
USA

[redacted]

Check No: [redacted]
Acct: [redacted]

51-44
119 CT

11-03-2022

PAYER MULTIPLE

VOID AFTER ONE YEAR

PAY *Ninety Four Thousand Five Hundred Forty Six Dollars and 88/100* *****$94,546.88

TO THE ORDER OF
TIERO LLC
9801 WASHINGTON BOULEVARD
GAITHERSBURG MD 20878

Bank of America

766 (10-02)

DO NOT CASH IF SECURITY SCREEN IS NOT PRESENT ON THE REVERSE SIDE OF THIS DOCUMENT.

[redacted]

FNB of PA >043318092<
Absent Endorsmnt Guarantd
CERTIFY GLOBAL LLC
Acct [redacted]
[redacted] 2022-11-09

[redacted]