**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

AETNA LIFE INSURANCE CO., *et al.*, *

Plaintiffs, *

v. * Civil Action No. DLB-23-1484

*

TIERO, LLC, *et al.*, *

Defendants. *

* * * * * * * * *

**DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

Defendants Tiero, LLC, Certify Global Inc. d/b/a Certify Health, and Sajad Zalzala, M.D., by their undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully move this Court for an Order dismissing Plaintiffs' Amended Complaint in its entirety.

In support of this motion, Defendants incorporate the attached Memorandum of Law.

Dated: September 15, 2023

Respectfully submitted,

/s/

Andrew D. Freeman (Fed. Bar No. 03867)
Kevin D. Docherty (Fed. Bar No. 18596)
Neel K. Lalchandani (Fed. Bar. No. 20291)
Brown, Goldstein & Levy, LLP
120 East Baltimore Street, Suite 2500
Baltimore, MD 21202
T: (410) 962-1030
F: (410) 385-0869
adf@browngold.com
kdocherty@browngold.com
nkl@browngold.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, the undersigned counsel, hereby certify that I have caused true and correct copies of the above and foregoing to be served on all counsel of record via the Court's CM/ECF system, in accordance with the electronic filing of documents, on this 15th day of September, 2023.

/s/
Kevin D. Docherty (Fed. Bar No. 18596)