**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

AETNA LIFE INSURANCE CO., *et al.*, *

Plaintiffs, *

v. * Civil Action No. DLB-23-1484

TIERO, LLC, *et al.*, *

Defendants. *

* * * * * * * * *

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss Amended Complaint, Plaintiffs' Opposition, and any replies thereto, on this ____ day of ________________, 20__, it is hereby ORDERED that:

1. Defendants' Motion to Dismiss Amended Complaint is GRANTED;
2. Plaintiffs' Amended Complaint is DISMISSED in its entirety; and
3. The Clerk shall transmit copies of this Order to all counsel of record.

______________________________
Honorable Deborah L. Boardman
United States District Judge