**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TIERO, LLC, *et al.*,<br><br>Defendants | Civil Action No. 8:23-cv-01484-DLB |

**JOINT MOTION TO MODIFY REMAINING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

Plaintiffs Aetna Life Insurance Company and Aetna Health, Inc. ("Aetna") and Defendants Tiero, LLC, Certify Global, Inc., and Sajad Zalzala, M.D. (collectively, "Defendants") jointly and respectfully file this Joint Motion to Modify Remaining Briefing Scheduling on Defendants' Motion to Dismiss the Amended Complaint, and state as follows:

1. Defendants filed their Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 30) on September 15, 2023.

2. Under Local Rule 105.2(a), the current deadline for Plaintiffs' opposition to Defendants' Motion to Dismiss is September 29, 2023, and the current deadline for Defendants' reply brief is October 13, 2023.

3. The Parties jointly request brief extensions of these deadlines. Specifically:

   a. Plaintiffs request a 14-day extension, from September 29, 2023 to October 13, 2023 to file their opposition brief; and

   b. Defendants request a 14-day extension, from October 27, 2023 (the deadline for their reply brief if Plaintiffs' request for an extension to file their opposition brief is granted) to November 10, 2023 to file their reply

brief.

4. These brief extensions are requested because of, *inter alia*, counsel's competing responsibilities in other matters, long-planned time out of the office for one of Aetna's counsel, and because another counsel for Aetna is scheduled for jury duty prior to the current deadline for Aetna's opposition.

5. The Parties agree that the requested extensions are made in good faith.

For the foregoing reasons, the Parties respectfully request that the Court enter an Order granting this Joint Motion to Modify Remaining Briefing Scheduling on Defendants' Motion to Dismiss the Amended Complaint.

Dated: September 22, 2023

Respectfully submitted,

/s/ *Bryan D. Bolton*

Bryan D. Bolton (Federal Bar No. 02112)
**Funk & Bolton, P.A.**
100 Light Street, Suite 1400
Baltimore, Maryland 21202
Office: (410) 659-7700
Cell: (410) 241-2107
Fax: (410) 659-7773
bdbolton@fblaw.com

Nathaniel J. Moore (*pro hac vice*)
Stephanie A. Chen (*pro hac vice*)
Jordan F. Rice (*pro hac vice*)
**Robins Kaplan LLP**
2800 LaSalle Plaza
800LaSalle Avenue
Minneapolis, MN 55402
T: (612) 349-8500
F: (612) 339-4181
nmoore@robinskaplan.com
schen@robinskaplan.com
jrice@robinskaplan.com

*Attorneys for Plaintiffs*

/s/ *Kevin D. Docherty*

Andrew D. Freeman (Fed. Bar No. 03867)
Kevin D. Docherty (Fed. Bar No. 18596)
Neel K. Lalchandari (Fed. Bar No. 20291)
**Brown, Goldstein & Levy LLP**
120 East Baltimore Street, Suite 2500
Baltimore, MD 21202
T: (410) 962-1030
F: (410) 385-0869
adf@browngold.com
kdocherty@browngold.com
nkl@browngold.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have caused true and correct copies of the above and foregoing to be served on all counsel of record via the Court's CM/ECF system, in accordance with the rules of electronic filings of documents, on this 22nd day of September, 2023.

/s/ *Bryan D. Bolton*